# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 10, 2026

Before
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 26-2238 | AMERICAN ACADEMY OF PEDIATRICS,<br>Plaintiff - Appellee<br><br>v.<br><br>JAMES UTHMEIER, Attorney General of the State of Florida,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:26-cv-02401
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

The following are before the court:

1. **EMERGENCY MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on June 9, 2026, by counsel for the appellant.

2. **OPPOSITION TO MOTION FOR ADMINISTRATIVE STAY PENDING APPEAL**, filed on June 9, 2026, by counsel for the appellee.

**IT IS ORDERED** that the motion for an immediate administrative stay is **DENIED**. Without expressing any view on the merits, and given the short time frame, we believe denial of the immediate administrative stay is unlikely to cause irreparable harm. The court intends to act promptly on appellant's motion for a stay pending appeal, and appellee shall file a response to that motion on or before 5:00 p.m. CT on June 11, 2026.

form name: **c7_Order_3J**   (form ID: **177**)