**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>JAMES UTHMEIER, ATTORNEY GENERAL OF THE STATE OF FLORIDA, in his official capacity,<br><br>*Defendant-Appellant.* | No. 26-2238 |

**MOTION OF INDIANA, 21 OTHER STATES, AND THE ARIZONA LEGISLATURE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT-APPELLANT'S MOTION FOR STAY PENDING APPEAL**

Pursuant to Federal Rule of Appellate Procedure 27, the State of Indiana, 21 other States, and the Arizona Legislature respectfully seek leave to file the attached amicus curiae brief in support of Defendant-Appellant's motion for a stay pending appeal. Dkt. 2-1.

This appeal arises from a preliminary injunction that prevents the State of Florida from pursuing a state-court enforcement action against the American Academy of Pediatrics. That ruling is of significant interest to amici States. As the attached amicus brief explains, the district court's decision conflicts with important principles of federalism and comity and undermines States' ability to protect their citizens from harm through a wide variety of consumer-protection actions.

Ordinarily, under Federal Rule of Appellate Procedure 29(a)(2), amici States would not require leave to submit an amicus brief during a case's initial consideration. As the attached brief is being submitted in support of a stay motion, however, amici States seek the Court's leave to file the brief in an abundance of caution. To avoid any potential disruption, amici have filed their motion and brief within a day of Defendant-Appellant moving for a stay pending appeal.

WHEREFORE, the States respectfully request that the Court accept the attached amicus brief for filing.

Dated: June 10, 2026

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

/s/ James A. Barta
JAMES A. BARTA
Solicitor General

LAUREN R. LABAUMBARD
Deputy Attorney General

Office of the Indiana Attorney General
302 W. Washington St.
Indiana Government Center South,
5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 226 words, excluding the parts exempted by Federal Rules of Appellate Procedure 27(d)(2) and 27(a)(2)(B).

2. This document complies with the typeface requirements of Circuit Rule 32 and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 12-point font.

Dated: June 10, 2026

/s/ James A. Barta
JAMES A. BARTA
Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 10, 2026

/s/ James A. Barta
JAMES A. BARTA
Solicitor General