# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 11, 2026

*By the Court:*

| | |
|---|---|
| | AMERICAN ACADEMY OF PEDIATRICS,<br>Plaintiff - Appellee |
| No. 26-2238 | v. |
| | JAMES UTHMEIER, Attorney General of the State of Florida,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:26-cv-02401
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

Upon consideration of the **MOTION OF INDIANA, 21 OTHER STATES, AND THE ARIZONA LEGISLATURE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT-APPELLANT'S MOTION FOR STAY PENDING APPEAL,** filed on June 10, 2026, by counsel,

**IT IS ORDERED** that the motion for leave to appear as amicus curiae is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus curiae brief in support of appellant's motion to stay.

form name: **c7_Order_BTC**    (form ID: **178**)