**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

AMERICAN ACADEMY OF PEDIATRICS,
    *Plaintiff-Appellee*,

v.

JAMES UTHMEIER, ATTORNEY GENERAL OF THE
STATE OF FLORIDA, in his official capacity,
    *Defendant-Appellant*.

No. 26-2238

## APPELLANT'S DOCKETING STATEMENT

1. **District Court Jurisdiction.** Plaintiff-Appellee American Academy of Pediatrics ("AAP") filed suit under 42 U.S.C. § 1983 alleging that Defendant-Appellant Florida Attorney General James Uthmeier violated APP's First Amendment rights by filing an enforcement action against AAP in Florida state court. As relevant to this appeal, the district court had statutory subject-matter jurisdiction under 28 U.S.C. § 1331.

2. **Appellate Jurisdiction.** Because Defendant-Appellant seeks review of a preliminary injunction, this Court has jurisdiction under 28 U.S.C. § 1292(a)(1). The preliminary injunction being appealed was granted on June 2, 2026, and entered on June 8, 2026. ECF Nos. 35, 39. Defendant-Appellant filed a timely notice of appeal on June 8, 2026. ECF No. 40.

3. **Prior or Related Appellate Proceedings.** There have been no prior appellate proceedings in this case. Defendant-Appellant is not aware of any other related appellate proceeding.

**4. Parties Appearing in Their Official Capacities.** James Uthmeier appears in his official capacity as the current Attorney General of the State of Florida.

June 15, 2026

JAMES UTHMEIER
  *Attorney General*

RYAN D. NEWMAN
  *Chief Deputy Attorney General*

Respectfully submitted,

*/s/ Samuel F. Elliott*

DAVID M.S. DEWHIRST
  *Solicitor General*
JASON J. MUEHLHOFF
  *Chief Deputy Solicitor General*
VINCENT LI
  *Deputy Solicitor General*
SAMUEL F. ELLIOTT (Fla. Bar 1039898)
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
samuel.elliott@myfloridalegal.com

*Counsel for Attorney General
James Uthmeier*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on June 15, 2026, to all counsel of record.

*/s/ Samuel F. Elliott*
Deputy Solicitor General