# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 24, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2238 | AMERICAN ACADEMY OF PEDIATRICS,<br>Plaintiff - Appellee<br><br>v.<br><br>JAMES UTHMEIER, Attorney General of the State of Florida,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:26-cv-02401 |
| Northern District of Illinois, Eastern Division |
| District Judge Matthew F. Kennelly |

Upon consideration of the **APPELLANT'S EMERGENCY PETITION FOR REHEARING EN BANC OF THE PANEL DECISION DENYING THE MOTION TO STAY PENDING APPEAL**, filed on June 23, 2026, by counsel for the appellant,

**IT IS ORDERED** that the appellee shall file a response by 11:59 PM on June 26, 2026. No reply briefs will be permitted or considered.

form name: **c7_Order_BTC**　　(form ID: **178**)