# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 8, 2026

*By the Court:*

No. 26-2238

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br>    *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:26-cv-02401 |
| JAMES UTHMEIER, Attorney General of the State of Florida,<br>    *Defendant-Appellant*. | Matthew F. Kennelly,<br>*Judge*. |

## O R D E R

By separate order, also dated July 8, 2026, the court recorded its decision to hear this appeal en banc. This appeal will be set for oral argument en banc on September 30, 2026. Accordingly,

IT IS ORDERED that expedited briefing will now proceed as follows:

1. The opening brief and required short appendix of the appellant are due by July 29, 2026.

2. The brief of the appellee is due by August 19, 2026.

3. The reply brief of the appellant, if any, is due by August 26, 2026.

Please note that 30 paper copies of each brief will be required after each brief is accepted for filing.