# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 23, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2238 | AMERICAN ACADEMY OF PEDIATRICS,<br>Plaintiff - Appellee<br><br>v.<br><br>JAMES UTHMEIER, Attorney General of the State of Florida,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:26-cv-02401<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly |

Upon consideration of the **EMERGENCY MOTION TO STAY PROCEEDINGS PENDING DISTRICT COURT'S RESOLUTION OF AAP'S MOTION TO DISMISS THIS CASE**, filed on July 22, 2026, by counsel for the appellee,

**IT IS ORDERED** that appellant James Uthmeier shall file a response to appellee's motion on or before 5:00 p.m. CT on July 27, 2026.

form name: **c7_Order_BTC**    (form ID: **178**)