No. 26-2238

IN THE

# United States Court of Appeals

## FOR THE SEVENTH CIRCUIT

➤◄

**AMERICAN ACADEMY OF PEDIATRICS,**

*Plaintiff-Appellee,*

*v.*

**JAMES UTHMEIER, ATTORNEY GENERAL OF THE STATE OF FLORIDA, IN HIS OFFICIAL CAPACITY,**

*Defendant-Appellant.*

On Appeal from the United States District Court for the Northern District of Illinois, No. 1:26-cv-02401 (Kennelly, J.)

**Supplement to Emergency Motion to Stay Proceedings Pending District Court's Resolution of AAP's Motion to Dismiss**

**Ruling Requested by July 28, 2026**

| | |
|---|---|
| | Sarah E. Harrington |
| | *Counsel of Record* |
| | Amber M. Charles |
| | Paul Killebrew |
| Jack R. Bierig | Alexandra J. Widas |
| J. Michael Showalter | Kendall T. Burchard |
| ARENTFOX SCHIFF LLP | Christine Houle |
| 233 S. Wacker Drive | COVINGTON & BURLING LLP |
| Suite 7100 | 850 Tenth Street, NW |
| Chicago, IL 60606 | Washington, DC 20001 |
| (312) 528-5500 | (202) 662-6000 |

*Counsel for Plaintiff-Appellee American Academy of Pediatrics*

The American Academy of Pediatrics respectfully reiterates its request that the Court stay proceedings in this appeal pending the district court's resolution of AAP's motion to dismiss. Last week, this Court ordered Florida Attorney General James Uthmeier to file a response to AAP's Emergency Motion to Stay Proceedings by 5 PM CT on July 27, 2026. Dkt. 37. The time for Uthmeier's response has come and gone, without a response.

By failing to comply with the Court's order to respond to AAP's motion, Uthmeier has forfeited his right to oppose AAP's motion to stay appellate proceedings on any ground other than those conveyed to AAP and discussed in AAP's initial motion. For the reasons discussed in AAP's motion, Uthmeier's desire to continue litigating in a forum he insists lacks jurisdiction, for the purpose of amassing attorneys' fees and then seeking reimbursement for those fees, cannot establish prejudice or otherwise form a legitimate basis for opposing AAP's motion to dismiss in the district court or its motion to stay appellate proceedings.

There is no reason to delay ruling on AAP's request for a stay. A stay of the proceedings here would preserve judicial economy and conserve the parties' time and resources while the district court resolves

1

AAP's pending motion to dismiss, which may be resolved as early as next week. The district court has ordered Uthmeier to respond to AAP's dismissal motion by Friday, July 31. ECF 60. The district court has set a telephonic hearing on AAP's motion for the following Wednesday, August 5. *Id.* Even if the district court were to deny AAP's motion to voluntarily dismiss, a short delay in the appellate proceedings would not prejudice Uthmeier because as a practical matter and at least for the time being, he has already obtained the relief he seeks on appeal—*i.e.*, an order allowing the Florida litigation to resume.

For the foregoing reasons, this Court should stay the proceedings in this Court today.

July 28, 2026

Respectfully submitted,

*/s/ Sarah E. Harrington*
Sarah E. Harrington
  *Counsel of Record*
Amber M. Charles
Paul Killebrew

Jack R. Bierig
J. Michael Showalter
ARENTFOX SCHIFF LLP
233 S. Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 528-5500

Alexandra J. Widas
Kendall T. Burchard
Christine Houle
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on July 28, 2026, to all counsel of record.

July 28, 2026

/s/ *Sarah E. Harrington*
Sarah E. Harrington

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B), this document contains 324 words.

This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

July 28, 2026

/s/ *Sarah E. Harrington*
Sarah E. Harrington