# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 29, 2026

*By the Court:*

No. 26-2238

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br> *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:26-cv-02401 |
| JAMES UTHMEIER, Attorney General of the State of Florida, <br> *Defendant-Appellant*. | Matthew F. Kennelly, <br> *Judge*. |

**O R D E R**

On July 22, 2026, appellee American Academy of Pediatrics filed an emergency motion to stay this court's en banc proceedings in this case. D.E. 36. Appellee informed the court that it has moved the district court to dismiss the underlying action under Federal Rule of Civil Procedure 41(a)(2). Appellant James Uthmeier opposes the stay motion. D.E. 40.

As both parties acknowledge, the district court has set a schedule to consider appellee's motion to dismiss the underlying action. Dist. Ct. D.E. 60. This court has also set a briefing schedule for en banc proceedings. D.E. 35. Neither party will be prejudiced by adhering to that schedule. This court will be better positioned to consider any additional motions after the district court has ruled.

Accordingly, appellee's motion to stay proceedings is **DENIED**.