# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 3, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2238 | AMERICAN ACADEMY OF PEDIATRICS,<br>Plaintiff - Appellee<br><br>v.<br><br>JAMES UTHMEIER, Attorney General of the State of Florida,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:26-cv-02401<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

**IT IS ORDERED** that the en banc oral argument scheduled for September 30, 2026, is **VACATED**. An order will follow.

form name: **c7_Order_BTC** (form ID: **178**)