# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 19, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2238 | AMERICAN ACADEMY OF PEDIATRICS,<br>Plaintiff - Appellee<br><br>v.<br><br>JAMES UTHMEIER, Attorney General of the State of Florida,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:26-cv-02401<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **MOTION FOR COSTS**, filed on October 7, 2026, by counsel for the appellant.

2. **RESPONSE TO MOTION FOR COSTS**, filed on October 15, 2026, by counsel for the appellee.

**IT IS ORDERED** that the motion for costs is **GRANTED** to the extent that the appellant is awarded costs in the amount of $3,425.